IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANITA RUSSELL, Personal Representative for the Estate of Daniel Russell, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:11cv75 |
| | ) |
| DENNEY WRIGHT and | )<br>) |
| TASER INTERNATIONAL, INC., | )<br>) |
| Defendants. | ) |

**<u>DEFENDANT DENNEY WRIGHT'S MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW defendant Denney Wright, by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and files this motion for summary judgment on the grounds set forth in the memorandum filed herewith.

WHEREFORE, defendant Denney Wright respectfully requests that summary judgment be entered in his favor.

    Respectfully Submitted,
    DENNEY WRIGHT


    By: */s/* Elizabeth K. Dillon
        Of Counsel

Elizabeth K. Dillon (VSB# 25989)
GUYNN, MEMMER & DILLON, P.C.
415 S. College Ave.
Salem, Virginia  24153
Telephone:  (540) 387-2320
Facsimile:    (540) 389-2350
elizabeth.dillon@gmdlawfirm.com
      Counsel for Defendant Deputy Denney Wright

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of November, 2012, electronically filed the foregoing Defendant Denney Wright's Memorandum in Support of Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Peter A. Miller, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, Virginia  22960
Email:  pmiller@millerfirmllc.com
*Counsel for Plaintiff*

Jeremy E. Carroll, Esq.
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P.O. Box 2887
Roanoke, Virginia  24001-2887
Email:  jcarroll@gfdg.com

Isaiah Fields, Esq.
TASER International, Inc.
17800 N. 85th Street
Scottsdale, AZ  85255
Email:  isaiah@TASER.com
*Counsel for TASER International, Inc.*


      /s/ Elizabeth K. Dillon