Appendix of Exhibits

(Plaintiff's Opposition to Defendant TASER's Motion for Summary Judgment)

A. Deposition of Deputy Denney Wright (70-71, 73, 83-85, 87, 90-92, 102-103, 116, 120, 123, 124, 148, 151, 152, 154-156, 166, 177, 182, 207-209, 221-222, 231-232)
B. Declaration of Grant Fredericks (11, 14) **(under SEAL)**
C. Deposition of Geoffrey Alpert, Ph.D. (34-42, 50)
D. Deposition of Deputy John Mattox (56, 59, 62-66, 71, 73, 90-92)
E. Deposition of Daniel Carey, M.D. (34-35, 39, 43)
F. DVD ACSO Video **(under SEAL)**
G. Report of John G. Webster (4-17 and Exh. 9-17)
H. Deposition of Grant Fredericks (18, 85-87, 94)
I. Deposition of Anita Russell (7)
J. Declaration of Patrick Smith (5-7)
K. Deposition of Sgt. Roger Irvin (30, 34, 56-57)
L. Deposition of Sean Burton (9, 15, 20, 26, 31-32, 43-45, 72, 84-85, 93, 96, 100)
M. Report of Kenneth Laughery, Ph. D. (8-9)
N. TASER Website Exhibit
O. User Certification Handout (p. 278)
P. Guilbault Bulletin
Q. TASER letter of October 16, 2009
R. Report of Douglas P. Zipes, M.D. (28, 31-37, 41-42)
S. Order and Report and Recommendation, Piskura, *et al.*, v. TASER International, *et al.*
T. Order, Tammy Lou Fontenot v. TASER International, Inc.