CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 15 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANITA RUSSELL, Personal Representative for the Estate of Daniel Russell, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:11-cv-00075 ) ) |
| v. | ) **ORDER** ) |
| DENNEY WRIGHT, et al., | ) ) ) By: Hon. Glen E. Conrad |
| Defendants. | ) Chief United States District Judge |

This case is currently before the court on the parties' motions to exclude certain witnesses. For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's motion to exclude duplicative expert testimony (Docket No. 75) is **DENIED**;

2. The plaintiff's motion to exclude the testimony of Dr. Mark Kroll (Docket No. 76) is **DENIED AS MOOT**;

3. TASER's motion to exclude the testimony of Dr. Geoffrey Alpert (Docket No. 77) is **GRANTED**; and

4. TASER's motion to exclude the testimony of Dr. Kenneth Laughery (Docket No. 78) is **GRANTED IN PART AND DENIED IN PART**.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 14th day of February, 2013.

/s/ Glen Conrad
_____
Chief United States District Judge