IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ANITA RUSSELL, Personal )
Representative for the Estate )
of Daniel Russell, )
 )
       Plaintiff, )
 )
v. ) Civil Action No. 3:11-cv-00075-GEC
 )
DENNEY WRIGHT, et al., )
 )
       Defendants. )

## DEFENDANT TASER INTERNATIONAL, INC.'S
## AMENDED TRIAL EXHIBIT LIST

Defendant TASER International, Inc. lists the following exhibits which may be offered at trial:

| Exhibit # | Exhibit Description | Date Offered | Date Entered |
|---|---|---|---|
| **300** | 3-1-07 TASER Product Warnings | | |
| **301** | 11-30-07 TASER Training Bulletin 13.0-12 – Release of Version 14 | | |
| **302** | 12-1-07 TASER Training DVD Version 14 | | |
| **303** | Version 14 M26 & X26 Instructor PowerPoint with notes | | |
| **304** | Version 14 M26 & X26 User PowerPoint with notes | | |
| **305** | Version 14 Training Drills and Scenario-Based Training Procedures | | |
| **306** | Version 14 Instructor Preparation Checklist | | |
| **307** | Version 14 User Certification Checklist | | |
| **308** | Version 14 Instructor and User Warnings, Risks, Liability Release and Covenant Note to Sue | | |
| **309** | Version 14 User Certification Test | | |
| **310** | 4-28-08 TASER Training Bulletin 14.0-03 - Release of TASER Law Enforcement Warnings | | |

| | | | |
|---|---|---|---|
| **311** | 4-28-08 TASER Product Warnings | | |
| **312** | 8-24-09 TASER Training Bulletin 14.2-6 - Release of Training Version 15.0 | | |
| **313** | 8-24-09 TASER Training DVD Version 15 | | |
| **314** | 9-30-09 TASER Product Warnings | | |
| **315** | 9-30-09 TASER Training Bulletin 15.0 - Medical Research and New Warnings | | |
| **316** | 10-12-09 TASER Training Bulletin 15.0 V2 - Medical Research Update and Revised Warnings | | |
| **317** | 12-4-09 TASER Training Bulletin 15.1 - Release of Version 16.0 | | |
| **318** | 12-7-09 TASER Training DVD Version 16 | | |
| **319** | Version 16 User PowerPoint with notes | | |
| **320** | Version 16 User Power Point Slide 102 - Preferred Target Zone Front | | |
| **321** | Version 16 User PowerPoint Slide 175 - Drills | | |
| **322** | Version 16 Instructor Preparation Checklist | | |
| **323** | Version 16 Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue | | |
| **324** | Version 16 User Certification Checklist | | |
| **325** | Version 16 Training Drills, Isolation Exercises, and Scenario-Bases Training Procedures | | |
| **326** | Version 16 TASER Preferred Target Area Poster and Target Stand Instructions | | |
| **327** | 4-24-10 TASER Training Bulletin 16.1: Release of Version 17 | | |
| **328** | 5-1-10 TASER Product Warnings | | |
| **329** | 5-1-10 TASER Training DVD Version 17 | | |
| **330** | Version 17 User PowerPoint with Notes | | |
| **331** | Version 17 User PowerPoint Slide 121 - Preferred Target Zone Front | | |
| **332** | Version 17 User PowerPoint Slides 22-24 - Cardiac | | |
| **333** | Version 17 User Certification Checklist | | |
| **334** | Version 17 Instructor Preparation Checklist | | |

| | | | |
|---|---|---|---|
| **335** | Version 17 User Certification Checklist | | |
| **336** | Version 17 Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue | | |
| **337** | Version 17 Training Drills | | |
| **338** | Version 17 Training Drill Targets | | |
| **339** | TASER Communications report with Appomattox County Sheriff's Office | | |
| **340** | 10-30-10 911 Call from the Russell house | | |
| **341** | 10-30-10 Dispatch call | | |
| **342** | TASER Data Download from X00-270066 | | |
| **343** | ACSO Response to Subpoena (ACSO-000001-00174) | | |
| **344** | 10-30-10 TASER Cam video | | |
| **345** | ACSO General Orders Number:2-6 (Use of Force Policy) (ACSO-00022-00032) | | |
| **346** | 10-30-10 Deputy Wright's in-car video | | |
| **347** | 10-30-10 Deputy Mattox's in-car video | | |
| **348** | 10-30-10 ACSO - Dispatch Record | | |
| **349** | Denney Wright's TASER X26 User X26 Certification Test (Version 14) (ACSO-00068-00072) | | |
| **350** | 4-26-10 Denney Wright's TASER Liability Release - signed | | |
| **351** | 3-28-07 Sean Burton's M26 and X26 Instructor Certification certificate (ACSO-00166) | | |
| **352** | 11-25-08 Sean Burton's M26 and X26 Instructor Certification certificate (ACSO-00167) | | |
| **353** | 10-31-10 Denney Wright's ACSO Use of Force Report (ACSO-00077-00078) | | |
| **354** | Officers Mattox, Wright, Craft and Samms statements (ACSO-00084-00089) | | |
| **355** | Statement of Rhett Russell (ACSO-00081-00083) | | |
| **356** | Andrew Russell's signed statement regarding the incident. (ACSO-00147) | | |
| **357** | 10-30-10 ACSO Incident Report (Wright 00022-00027) | | |

| | | | |
|---|---|---|---|
| **358** | 11-13-12 Denney Wright's Declaration | | |
| **359** | 11-13-12 John Mattox's Declaration | | |
| **360** | Photographs of Dep. Wright, indicating where the TASER probes landed | | |
| **361** | 10-30-10 Photographs (two) of Rhett Russell's injuries | | |
| **362** | Warrant of Arrest against Daniel Russell arising over 10/20/10 incident. (ACSO-00139) | | |
| **363** | Daniel Russell's previous criminal records and convictions (ACSO-00094-00106) | | |
| **364** | Daniel Russell's 2006 Tax Return | | |
| **365** | Daniel Russell's 2007 Tax Return | | |
| **366** | Daniel Russell's 2008 Tax Return | | |
| **367** | Daniel Russell's 2009 Tax Return | | |
| **368** | Daniel Russell's 2010 Tax Return | | |
| **369** | Fuller Cable Construction, LLC (TI-Russell-007479) | | |
| **370** | JWS Communications (TI-Russell-007480) | | |
| **371** | Lynchburg Restoration, Inc. (TI-Russell-007481-007658) | | |
| **372** | Metro Pole Setting Company, Inc. (TI-Russell-007659-007660) | | |
| **373** | O'Callaghan Cable Services Inc. (TI-Russell-007661-007678) | | |
| **374** | PBS of Central Florida (TI-Russell-007679-007692) | | |
| **375** | Anchor Sales, Inc. (TI-Russell-007693-007718) | | |
| **376** | Campbell CATV, Inc. (TI-Russell-007456-007477) | | |
| **377** | CC&J Tech, Inc. (TI-Russell-007478) | | |
| **378** | Cardiovascular Associates of Charlottesville | | |
| **379** | Pathways Treatment Center | | |
| **380** | 10-30-10 Rescue Squad Pre-Hospital Care Report | | |
| **381** | Lynchburg General Hospital | | |

| | | | |
|---|---|---|---|
| **382** | UVA Health Systems medical records | | |
| **383** | Commonwealth of Virginia Office of the Chief Medical Examiner Report of Investigation | | |
| **384** | AED Scan from Daniel Russell on 10/30/10 | | |
| **385** | Martha Jefferson Hospital medical records | | |
| **386** | 7-20-10 UVA Hospital Cardiac follow-up appointment (DR 10-000001-DR19-000036) | | |
| **387** | Rio Family Medicine medical records | | |
| **388** | Kroll, M. Panescu, D. Brewer, J., Lakkireddy, D., Graham, M. *Weight Adjusted Meta-Analysis of Fibrillation Risk From TASER Conducted Electrical Weapons.* AAFS 2009 | | |
| **389** | Swerdlow, C., Fishbein, M., Chaman, L., Lakkireddy, D., Tchou, P. *Presenting Rhythm in Sudden Deaths Temporally Proximate to Discharge of TASER Conducted Electrical Weapons.* Society for Academic Emergency Medicine, 2009. | | |
| **390** | Vilke, G., Sloan, C., Levine, S., Newman, T., Castillo, E., Chan, T. *Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26.* American Journal of Emergency Medicine. 2007. | | |
| **391** | Vilke, G., Sloane, C., Bouton, K., Kolkhorst, F., Levine, S., Newman, T., Castillo, E., Chan, T. *Physiological Effects of a Conducted Electrical Weapon on Human Subjects.* American College of Emergency Physicians. 2007. | | |
| **392** | US. DOJ. *Study of Deaths Following Electro Muscular Disruption: Interim Report.* Special NIJ Report. | | |
| **393** | American Heart Association. *Statistical Fact Sheet - Miscellaneous.* Sudden Deaths From Cardiac Arrest - Statistics | | |
| **394** | Zipes, DP., Wellens, HHJ. *Sudden cardiac death.* Circulation. 1998. 98:2334-2351. | | |
| **395** | Myerburg RJ., Juntilla, MJ. *Sudden cardiac death caused by coronary heart disease.* Circulation. 2012; 125:1043-1052 | | |
| **396** | Deo, R., Albert, CM. *Epidemiology and genetics of sudden cardiac death.* Circulation. 2012; 125:1043-1052. | | |

| | |
|---|---|
| 397 | Myerburg , RJ. *Implantable cardioverter0defibrillators after myocardial infarction*. N Eng J. Med. 2008; 359-2245-2253. |
| 398 | Albert, CM., Mittleman, MA., Chae, CU., Lee, IM. Hennekens, CH., Manson, JE. *Triggering of sudden death from cardiac causes by vigorous exertion*. N Engl J. Med. 2000; 343(19):1355-1361. |
| 399 | Kloner RA., Leor, J., Poole, WK., Perritt, R. *Population-based analysis of the effect of the Northridge Earthquake on cardiac death in Los Angeles County, California*. J. Am. Coll. Cardiol. Nov 1 1997;30(5):1174-1180 |
| 400 | Leor, J., Poole, WK., Kloner, RA. *Sudden Cardiac death triggered by an earthquake*. N Engl J Med. Feb 16 1996;334(7):413-419 |
| 401 | Kupari, M., Koskinen, P. *Alcohol, cardiac arrhythmias and sudden death*. Novartis Found Symp. 1998; 216:68-79; discussion 79-85. |
| 402 | Panos, RJ., Sutton, FJ., Young-Hyman, P., Peters, R. *Sudden death associated with alcohol assumption*. Pacing and Clin Electrophysiol. Apr 1988;11(4):423-424. |
| 403 | Suhonen, O., Aromaa, A., Reunanen, A., Knekt, P. *Alcohol consumption and sudden coronary death in middle-aged Finnish men*. Acta Med Scand. 1987:221(4):335-341. |
| 404 | Steinberg, JS., Joshi, S., Schron, EB. Powell, J., Hallstron, A., McBurnie, M. *Psychosocial status predicts mortality in patients with life-threatening ventricular arrhythmias*. Heart Rhythm. Mar 2008;5(3):361-365. |
| 405 | Brewer, J. Kroll, M. *Field Statistics Overview*. In Kroll, M; Ho, J. eds *TASER Conducted Electrical Weapons: Physiology, Pathology and Law*. New York City: Springer-Kluwer; 2009. |
| 406 | Bozeman, WP., Hauda, WE.2[nd]., Heck, JJ., Graham, DD, Jr., Martin, BP., Winslow, JE. *Safety and injury profile of conducted electrical weapons used by law enforcement officers against criminal suspects*. Ann Emerg Med. Apr 2009; 53(4):480-489. |
| 407 | Bozeman, W., Teacher, E., Winslow, J. *Transcardiac Conducted Electrical Weapon (TASER) Probe Deployments: Incidence and |

| | | | |
|---|---|---|---|
| | *Outcomes*. JEM. Journal of Emergency Medicine 2012.03.022 | | |
| 408 | Robinowitz, Carolyn, M.D. Chair, Report 6 of the Council on Science and Public Health (A-09), *Use of Tasers [Conducted Electrical Devices (CEDS)] by Law Enforcement Agencies (Reference Committee D)*, American Medical Association. | | |
| 409 | Vilke, GM., Bozeman, W.P., Chan, T.C. *Emergency Department Evaluation After Conducted Energy Weapon Use: Review of the Literature for the Clinician*. The Journal of Emergency Medicine, 2011 | | |
| 410 | McDaniel, Stratbucker, R., Nerheim, M., Brewer, JE. *Cardiac Safety of Neuromuscular Incapacitating Defense Devices*. Pacing Clinical Electrophysiology. Jan 2005 | | |
| 411 | Police Executive Research Forum, 2009. *Comparing safety outcomes in police use—of-force cases for law enforcement agencies that have deployed Conducted Energy Devices and a matched comparison groups that have not: A quasi-experimental evaluation*. | | |
| 412 | Eastman, A., Metzger, J., Pepe, P., Benitez, F., et al. *Conductive Electrical Devices: A Prospective, Population-Based Study of the Medical Safety of Law Enforcement Use*. Journal of Trauma Injury Infection and Critical Care. 2008 | | |
| 413 | Mesloh, C., Henych, M., Wolf, R. *Less Lethal Weapon Effectiveness, Use of Force, and Suspect & Officer Injuries: A Five-Year Analysis*. US Department of Justice. 2008 | | |
| 414 | Kunz SN, Grove N, Fischer F. *Acute pathophysiological influences of conducted electrical weapons in humans- A review of current literature*. Forensic Sci Int. 221 (2012) 1–4. [Mar 2012;Epub]. | | |
| 415 | United Kingdom Defence Scientific Advisory Council. DSAC Sub-Committee on the Medical Implications of Less-lethal Weapons (DOMILL). United Kingdom Defence Scientific Advisory Council. April 4 2011 (Amended Jan 27, 2012). | | |
| 416 | Five (5) year NIJ study: Laub, J., *Study of Deaths Following Electro Muscular Disruption*, National Institute of Justice, May 2011. | | |

| | | | |
|---|---|---|---|
| **417** | Pasquier, M. *Electronic Control Device Exposure - A Review of Morbidity and Mortality*. Annals of Emergency Medicine May 2011. | | |
| **418** | Vilke GM, Bozeman WP, Chan TC. *Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician*. J Emerg Med. May 2011;40(5):598-604. | | |
| **419** | Bozeman W, II WH, Heck J, Graham D, Martin B, Winslow J., *Safety and Injury Profile of Conducted Electrical Weapons Used by Law Enforcement Officer Against Criminal Suspects*, Annals of Emergency Medicine, January 2009. | | |
| **420** | Hagy D. *Study of Deaths Following Electro Muscular Disruption: Interim Report*. Office of Justice Programs, National Institute of Justice, United States Department of Justice. June 2008. | | |
| **421** | Wilkinson D. *Supplement to HOSDB Evaluations of Taser Devices*. Home Office Scientific and Development Branch (HOSDB), United Kingdom. | | |
| **422** | Maier A, Nance P, Price P, et al. *Human Effectiveness and Risk Characterization of the Electromuscular Incapacitation Device – A Limited Analysis of the TASER Part I –Technical Report*: The Joint Non-Lethal Weapons Human Effects Center of Excellence; March 1, 2005. | | |
| **423** | Wilkinson, D.I. 2005. *PSDB Further Evaluation of Taser Devices*, Publication No. 19/05. Home Office, Police Scientific Development Branch, United Kingdom. | | |
| **424** | Bleetman A, Steyn R, Lee C. *Introduction of the Taser into British policing. Implications for UK emergency departments: an overview of electronic weaponry*. Emerg Med J. Mar 2004;21(2):136-140. | | |
| **425** | VanMeenen K, Lavietes M, Cherniack N. *Respiratory and Cardiovascular Response During Electronic Control Device (ECD) Exposure in Law Enforcement Trainees*. National Criminal Justice Reference Service. | | |
| **426** | Moscati R, Ho JD, Dawes DM, Miner JR. *Physiologic effects of prolonged conducted electrical weapon discharge in ethanol-intoxicated adults*. Am J Emerg Med. Jun 2010;28(5):582–587. | | |

| | | | |
|---|---|---|---|
| **427** | Ho JD, Dawes DM, Reardon RF, et al. *Human cardiovascular effects of a new generation conducted electrical weapon*. Forensic Sci Int. May 26 2010. | | |
| **428** | Dawes DM, Ho JD, Kroll MW, Miner JR. *Electrical characteristics of an electronic control device under a physiologic load: a brief report*. Pacing Clin Electrophysiol. Mar 2010;33(3):330–336. | | |
| **429** | Dawes DM, Ho JD, Reardon RF, Miner JR. *Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers*. Am J Emerg Med. Jan 2010;28(1):49–55. | | |
| **430** | Bozeman W, Barnes D, Winslow J, et al. *Immediate cardiovascular effects of the Taser X26 conducted electrical Weapon*. Emerg Med J. 2009;26(8):567–570. | | |
| **431** | Ho JD, Dawes DM, Heegaard WG, Calkins HG, Moscati RM, Miner JR. *Absence of electrocardiographic change after prolonged application of a conducted electrical weapon in physically exhausted adults*. J Emerg Med. May 12 2009. | | |
| **432** | Ho JD, Dawes DM, Reardon RF, et al. *Echocardiographic evaluation of a TASER-X26 application in the ideal human cardiac axis*. Acad Emerg Med. Sep 2008;15(9):838–844. | | |
| **433** | Vilke G, Sloane C, Levine S, et al. *Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects*. Acad Emerg Med 2007;14(5):104. | | |
| **434** | Ho J, Reardon RF, Dawes DM, Johnson MA, Miner JR. *Ultrasound Measurement of Cardiac Activity During Conducted Electrical Weapon Application in Exercising Adults*. Ann Emerg Med. Sep 2007;50(3)s108. | | |
| **435** | Ho J, Dawes D, Calkins H, Johnson M. *Absence of Electrocardiographic Change Following Prolonged Application of a Conducted Electrical Weapon in Physically Exhausted Adults*. Acad Emerg Med 2007;14(5):128–129. | | |
| **436** | Ho J, Dawes D, Bultman L, et al. *Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers*. Acad Emerg Med. Mar 2007;14(3):197-201. | | |

| | | | |
|---|---|---|---|
| **437** | Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. *Cardiac monitoring of human subjects exposed to the Taser*. J Emerg Med. 2007 Aug;33(2):113-7. Epub 2007 Jun 13. | | |
| **438** | Ho J, Miner J, Lakkireddy D, Bultman L, Heegaard W. *Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults*. Acad Emerg Med. Jun 2006;13(6):589–595. | | |
| **439** | Gardner AR, Hauda WE 2nd, Bozeman WP. Conducted Electrical Weapon (TASER) *Use Against Minors: A Shocking Analysis*. Pediatr Emerg Care. 2012 Aug 27. | | |
| **440** | Strote J, Walsh M, Angelidis M, Basta A, Hutson HR., *Conducted electrical weapon use by law enforcement: an evaluation of safety and injury*, J Trauma. May 2010; 68(5):1239–1246. | | |
| **441** | Bozeman, W P., *Additional Information on TASER [ECD] safety*, Annals of Emergency Medicine, November 2009, Vol. 54, No. 5. | | |
| **442** | Strote J, Hutson R. *Taser Use in Restraint Related Deaths*. Prehosp Emerg Care. Oct 2006;10(4):447-450. | | |
| **443** | McManus, J.G., Forsyth, R.W., Hawks, R.W. 2004. *A Retrospective Case Series Describing the Injury Pattern of the Advanced M26 TASER in Multnomah County, OR*. ACAD EMERG MED, May 2004, Vol. 11, No. 5, pg. 587. | | |
| **444** | Adler, A., Dawson, D., Evans, R., Garland, L., Miller, M., Sinclair, I., Youmaran, R. *Toward a Test Protocol for Conducted Energy Weapons*. Modern Instrumentation, 2013, 2, 7-15. | | |
| **445** | Jauchem JR. *Repeated or long-duration TASER electronic control device exposures: acidemia and of respiration*. Forensic Sci Med Pathol. Mar 2010;6(1):46-53 | | |
| **446** | Beason C, Jauchem J, Clark C, Parker JE, Fines DA. *Pulse Variations of a Conducted Energy Weapon (Similar to the TASER X26 Device): Effects on Muscle Contraction and Threshold for Ventricular Fibrillation\**. J Forensic Sci. Sep 2009;54(5):1113-1118. | | |
| **447** | Ideker RE, Dosdall DJ. *Can the Direct Cardiac Effects of the Electric Pulses Generated by the TASER X26 Cause Immediate or Delayed Sudden Cardiac Arrest in Normal Adults?* Am J Forensic | | |

| | | | |
|---|---|---|---|
| | Med Pathol. Sep 2007;28(3):195-201. | | |
| 448 | Panescu, D. *Emerging Technologies design and medical safety of neuromuscular incapacitation devices*. Engineering in Medicine and Biology Magazine. IEEE. October 2007;57-67. | | |
| 449 | Holden SJ, Sheridan RD, Coffey TJ, Scaramuzza RA, Diamantopoulos P. *Electromagnetic modeling of current flow in the heart from TASER devices and the risk of cardiac dysrhythmias.* Phys Med Biol. Feb 2007;52(54):7193–7209. | | |
| 450 | Stratbucker, R.A., Kroll, M.W., McDaniel, W., and Panescu, D. 2006. *Cardiac Current Density Distribution by Electrical Pulses from TASER devices*, EMBS, IEEE:6305-6307. | | |
| 451 | Nanthakumar K, Billingsley I, Masse S, et al. *Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges*. J Am Coll Cardiol. Aug 15 2006;48(4):798-804 | | |
| 452 | Lakkireddy D, Wallick D, Ryschon K, et al. *Effects of cocaine intoxication on the threshold for stun gun induction of ventricular fibrillation*. J Am Coll Cardiol. Aug 15 2006;48(4):805-811. | | |
| 453 | Wilkinson, D.I. 2005. *"The X26 Taser – a review of the experimental and operational data related to an assessment of the medical implications of use."* DSTL/PUB20752, 20 January 2005. Home Office, Police Scientific Development Branch, United Kingdom. | | |
| 454 | Southwell, J. (2004) *Taser X-26 Safety Analysis, Biomedical Engineering*, The Alfred, Victoria, Australia. | | |
| 455 | Sherry C, Beason C, Brown GC et al. *Variable Taser Parameters: Effectiveness (Muscle Contraction) and Cardiac Safety (Ventricular Fibrillation)*. United States Air Force Research Laboratory. July 2004. | | |
| 456 | Southwell J. (2004) *Advanced TASER M-26 Safety Analysis*. The Alfred Hospital. Sept 22 2003. | | |
| 457 | Stratbucker, R., Roeder, R. Nerheim, M. 2003. *Cardiac Safety of High Voltage TASER X26 Waveform*. IEEE EMBS. Pgs 3261 - 3262 Vol.4. September 2003. | | |
| 458 | Gonzalez, D.L., Constable, R., Sherry, C.J., Dayton, T. *TASER Area Denial Device: A Human Effects Review*. United States Air Force | | |

| | | | |
|---|---|---|---|
| | Research Laboratory. AFRL-HE-BR-TR-2003-0026. March 2003. | | |
| **459** | Kroll M, Lakkireddy D, Rahko P, Panescu D. *Ventricular Fibrillation Risk Estimation for Conducted Electrical Weapons: Critical Convolutions*. EMBS. IEEE International Conference; Sept 2011:271-277. | | |
| **460** | Walcott G, Kroll M, Ideker R. *Ventricular Fibrillation Threshold of Rapid Short Pulses*. EMBS. IEEE International Conference; Sept 2011:255-258. | | |
| **461** | Biria M, Bommana S, Kroll M, Lakkireddy D., *Multi-System Interactions of Conducted Electrical Weapons (CEW) - A Review*, Engineering in Medicine and Biology Society Proceedings, Sept 2010:1266–1270. | | |
| **462** | Electronic Control Weapons, Concepts and Issues Paper, International Association of Chiefs of Police (IACP) National Law Enforcement Policy Center, April 2010. | | |
| **463** | Consent Decree Regarding the New Orleans Police Department, United States of America v. City of New Orleans, United States District Court for the Eastern District of Louisiana, Case Number 12-1924, Sect. E. Mag. 2. | | |
| **464** | 2011 Electronic Control Weapon Guidelines, Police Executive Research Forum (PERF) and Community Oriented Policing Services, U.S. Department of Justice (DOJ). | | |
| **465** | Flaker, G.C., Koerber, S.M., Ardhanari, S.,Chockalingam, A., Zymek, P., McDaniel. W. Abstract 18722: *Cardiac Stimulation Occurs with Electronic Control Devices and is Dependent Upon Subject Size, Dart Location, and Device Characteristics*. Circulation. 2012; 126: A18722. | | |
| **466** | Geddes LA, Cabler P, Moore AG, Rosborough J, Tacker WA. *Threshold 60-Hz current required for ventricular fibrillation in subjects of various body weight*s. IEEE Trans Biomed Eng 1973;20(6):465-8. | | |
| **467** | A J Nimunkar and J G Webster, "*Safety of pulsed electric devices*," *Physiol. Meas.* 30 (2009) 101–114. | | |
| **467** | (IEC) Effects of Current on Human Beings and Livestock, IEC 60479-1: General Aspects, 4th Edition, IEC, Geneva, Switzerland, 2005. | | |

| | | | |
|---|---|---|---|
| 469 | (IEC) Effects of current on human beings and livestock: Part 2: Special aspects. AS/NZS 60479.2:2002. IEC 60479-2:1987. " [IEC title: Effects of current passing through the human body—Part 2: Special aspects] [Also see, Adler, Modern Instrumentation] | | |
| 470 | (IEC) IEC 60335-2-76, edn 2.1: Household and Similar Electrical Appliances—Safety—Part 2—76: Particular Requirements for Electric Fence Energizers, 2006 (Geneva: IEC). | | |
| 471 | (AS/NZS) Effects of current on human beings and livestock: Part 1: General aspects. AS/NZS 60479.1:2010. IEC/TS 60479-1, Ed. 4.0 (2005). | | |
| 472 | (AS/NZS) Effects of current on human beings and livestock: Part 2: Special aspects. AS/NZS 60479.2:2002. IEC 60479-2:1987. [IEC title: Effects of current passing through the human body—Part 2: Special aspects] | | |
| 473 | (AS/NZS) AS3S59•19131; IEC479-l & IEC479-2 Australian Standard [IEC title: Effects of current passing through the human body] | | |
| 474 | (BS) EN 60601-1:2006 Medical electrical equipment. General requirements for basic safety and essential performance. 2006 (including corrigenda up to March 2010). | | |
| 475 | (UL) Standard for Electric-Fence Controllers, UL 69 10th edn (Northbrook, IL: UL Laboratories), 2009. | | |
| 476 | Webster's Proposed Safety Test Standard (01/2009) | | |
| 477 | 5-30-12 Plaintiff's Responses to TASER's Requests for Admissions | | |
| 478 | 11-13-12 Denney Wright's Signed Declaration attached to his Motion for Summary Judgment. | | |
| 479 | Grant Fredericks' synched video | | |
| 480 | TASER Training Bulletin 14.2-01 - | | |
| 481 | ACSO Incident Report (ACSO-00129-00131) | | |
| 482 | ACSO Call Report for Call Type T16 (ACSO-00090-00091) | | |
| 483 | ACSO Call Report for Call Type R73 (ACSO-00092) | | |
| 484 | ACSO Incident Photographs (ACSO00148-00154) | | |

| | | | |
|---|---|---|---|
| 485 | Typed Statement (ACSO 00135 to 00136) | | |
| 486 | Incident Report (ACSO 00142 to 00146) | | |
| 487 | Evidence Recovery Form (ACSO 00137) | | |
| 488 | Notice of Vehicle Impoundment (ACSO 00138) | | |
| 489 | 911 Call Log (ACSO 00090 to 00091) | | |
| 490 | 911 Call Log (ACSO 00092) | | |
| 491 | TASER Weapons Summary (ACSO 00001 to 00005) | | |
| 492 | TASER Weapons Summary (supplemental production by ACSO) | | |
| 493 | Rhett Russell EMT Report (Walton Deposition Exhibit 22) | | |
| 494 | All Medical Records for Daniel Russell predating October 30, 2010 incident obtained by subpoena. | | |
| 495 | All discovery responses produced by Plaintiff. | | |
| 496 | Any document listed by Plaintiff. | | |
| 497 | Any document necessary for rebuttal or impeachment. | | |
| 498 | Any document identified or produced with discovery responses or disclosure statements. | | |

TASER International, Inc.

By: */s/ Jeremy Carroll*

Jerry Glas, Esquire (pro hac vice)
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Email: jglas@dkslaw.com

Jeremy E. Carroll, Esquire (VSB #41331)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
Post Office Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8036
Facsimile: (540) 224-8050
Email: jcarroll@gfdg.com

Pamela Petersen (pro hac vice)
Isaiah Fields, Esquire (pro hac vice)
TASER International, Inc.
17800 N. 85th Street
Scottsdale, AZ 85255
Telephone: (480) 502-6280
Facsimile: (480) 905-2027
Email: brave@laaw.com
isaiah@taser.com

Counsel for the Defendant TASER International

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I electronically filed the foregoing Defendant's List of Witnesses with the Clerk of the Court using the CM./ECF system which will send notification of such filing to Peter A. Miller, Esq., and Jeffrey Alan Travers, Esq., The Miller Firm, LLC, 108 Railroad Avenue, Orange, Virginia 22960; and Elizabeth Kay Dillon, Esq., Guynn Memmer & Dillon, PC, 415 South College Avenue, Salem, Virginia 24153.

/s/ Jeremy Carroll