**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| Anita Russell, Personal Representative of the Estate of Daniel Russell, Deceased | |
| Plaintiff | Civil Action No.: 3:11-cv-00075-GEC |
| vs. | |
| Denney Wright, et al., | |
| Defendants. | |

## PLAINTIFF'S **CORRECTED AND SECOND AMENDED** LIST OF EXHIBITS

Comes now your Plaintiff, Anita Russell, by Counsel, and submits the following as and for her Corrected and Second Amended List of Exhibits which may be may be entered into evidence at the trial of this matter:

(Please note: the corrections to items numbered 90 and 105 are typographical corrections as those numbers were used twice in the prior submissions.)

| | Plaintiff's Exhibits | Date Entered | Date Admitted |
|---|---|---|---|
| 1. | TASER Operating Manual (X26E) (ACSO 00033-59) | | |
| 2. | TASER Operating Manual (X26E) (in color) | | |
| 3. | TASER International's Preferred Target Zone Memo by Rick Guilbault (ACSO 00073-76) | | |
| 4. | Product Warning effective March 1, 2007 | | |
| 5. | Incident Report by Dep. Mattox, approved by WT Craft (Wright 00022-27) | | |

| | | | |
|---|---|---|---|
| 6. | Taser Prong Position Photos of Dep. Wright; 2 poses, in color | | |
| 7. | DVD Video/Audio Footage of 10/30/10 incident from ACSO | | |
| 8. | Google map showing direction, route and distance traveled by deputies and Dannie Russell on 10/30/10 | | |
| 9. | Satellite Map of 7724 Red House Road and surrounding area | | |
| 10. | ACSO General Orders re: Use of Force (ACSO 00022-32) | | |
| 11. | Use of Force Report by Dep. Wright dated 10/31/10 (Wright 00028-29) | | |
| 12. | Version 14 TASER X26 User Certification Test, completed by Dep. Wright (ACSO 00068-72) | | |
| 13. | Photo of Rhett Russell taken during post-incident interview 10/31/10 | | |
| 14. | Written statement by Andrew Russell dated October 31, 2010, from ACSO investigative file (ACSO 00147) | | |
| 15. | EMS Report of transport (DR04) | | |
| 16. | AED Report during transport by EMS (ACSO 00006-12) | | |
| 17. | Sean Burton Detailed Report printed March 14, 2012 Trainer Activity e-mail (ACSO 00107-128) | | |
| 18. | EMS Report of transport by Susan Walton, Paramedic, EKG strip and invoice of charges for transport | | |
| 19. | Lynchburg General Hospital Radiology Report of CT (Head) taken 10/31/10 (DR 04-000040) | | |
| 20. | EMS report by L. Johnson re: Rhett Russell 10/31/10, arrived on scene 00:03 | | |
| 21. | Lynchburg General Hospital Medical Records of Daniel Russell, Jeremy Hardison MD (attending physician) (DR 02-000001-35) | | |
| 22. | Chief Medical Examiner Report dated 11/15/2011 by Kevin Whaley, MD, Asst. Chief Medical Examiner | | |
| 23. | UVA Neurological Consult medical record (DR 01-000001-06) | | |
| 24. | UVA Cardiovascular Clinic records of 7/20/10 (DR 02-000315-319) | | |
| 25. | Invoice from Southern Police Equipment to ACSO, purchase of TASER X26 on 5/28/2007 | | |

| | | | |
|---|---|---|---|
| | (ACSO 00017-18) | | |
| 26. | TASER Training Version 14 DVD | | |
| 27. | TASER Training Version 15 DVD | | |
| 28. | TASER Training Version 16 DVD | | |
| 29. | TASER Training Version 17 DVD | | |
| 30. | TASER Training Bulletin 14.2-6: Release of Training Version 15.0, August 23, 2009 | | |
| 31. | TASER Training Academy Notice of DVD Version 15 with Explanation of Changes on V. 15, August 2009 | | |
| 32. | TASER Training Bulletin 15.0, Medical Research Update and Revised Warnings, dated 9/30/2009; and TASER X3, X26 and M26 ECD Warnings, Instructions, and Information: Law Enforcement | | |
| 33. | TASER Training Bulletin 15.0 dated 10/12/2009 "New Medical Research Disproves the Acidosis Theory of Liability used in the Heston Case" (ACSO 00177-87) | | |
| 34. | TASER Training Bulleting Synopsis: Bulletin 15.0; diagram of Preferred Target Zones (ACSO 00174) | | |
| 35. | Training Bulletin 15.1: Release of Training Version 16, 12/4/2009 | | |
| 36. | TASER Training Academy Notice of DVD Version 16 with Explanation of Changes on V. 15, November 2009 | | |
| 37. | TASER memo dated 10/15/2009 by Rick Guilbault re: changes to preferred target zone in Training Bulletin 15.0 (ACSO 00175-176) | | |
| 38. | Weapon Summary listing all firings 5/18-07-11/5/10, time changes and list of Taser Cam videos 9/17/10-10/31/10 (ACSO 00001-05) | | |
| 39. | TASER Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue, signed by Denny Wright on 4/26/2010 (Wright 0030) | | |
| 40. | E-mail version of TASER memo dated 10/15/2009 by Rick Guilbault re: changes to preferred target zone in Training Bulletin 15.0; e-mailed to Sean Burton, dated 10/16/2009 (ACSO 00191-193) | | |

| | | | |
|---|---|---|---|
| 41. | 10/28/2009 "urgent" e-mail to Sean Burton from Rick Smith, notice of upcoming conference calls to debunk media reports that the change in preferred target zone is due to cardiac risk (ACSO 00188-190) | | |
| 42. | TASER Instructor Certification Certificate issued to Deputy Burton dated 3/28/2007, trained in M26 Advanced TASER and TASER X26 Electro Muscular Disruption System. Expires 3/28/2009 (ACSO 00166) | | |
| 43. | TASER Instructor Certification Certificate issued to Deputy Burton dated 11/25/2008 (ACSO 00167) | | |
| 44. | TASER Warning effective 9/30/2009 | | |
| 45. | TASER Annual Report 2010 | | |
| 46. | Lynchburg General Hospital Medical Records, Flowsheets 10/31/10-11/10/10; consultatons, ER admitting/care records (Bates DR 10-000001-48) | | |
| 47. | ECG Report, 10/31/2010 12:20 a.m. (Bates DR 02-000366 | | |
| 48. | Lynchburg General Hospital ECG Monitor Strips 10/31/10-11/10/10 (Bates DR 02-000288-307) | | |
| 49. | Lynchburg General Hospital drug screen test results 10/31/10 (Bates DR 10-000036) | | |
| 50. | Certificate of Death of Daniel Russell (Bates DR 06-000003) | | |
| 51. | Photographic examples of taser marks on skin (Whidbee deposition) | | |
| 52. | Anatomical drawing of male with taser marks added by witness Lisa Whidbee | | |
| 53. | Printed version of news item aired on WSET (ABC local affiliate) news program: "Tased Appomattox Co. Man Remains in Critical Condition" | | |
| 54. | TASER Int'l. Training Material License Agreement | | |
| 55. | Article: Presenting Rhythm in Sudden Deaths Temporally Proximate to Discharge of TASER Conducted Electrical Weapons by Charles D. Swerdlow, published 12/2009, Society for Academic Emergency Medicine | | |
| 56. | Article: Twelve-Lead electrocardiogram monitoring of subjects before and after voluntary | | |

| | | | |
|---|---|---|---|
| | exposure to the Taser X26, by Gary M. Vilke MD, American Journal of Emergency Medicine, 1/3/2007 | | |
| 57. | Article: Physiological Effects of a Conducted Electrical Weapon on Human Subjects by Vilke, Annals of Emergency Medicine, November 2007 | | |
| 58. | Article: 'Death by Tasercution Rare" by Vilke, Emergency Medicine News, February 2008 | | |
| 59. | Rule 26 Expert Report of John G. Webster | | |
| 60. | Rebuttal Report of John G. Webster | | |
| 61. | Webster letter to Todd Neumann, Dep. Sheriff, Walworth County dated 2/9/2003 re: 12/12/02 examination of SK Electronics Model SK 1200 Stun Gun | | |
| 62. | Program Narrative by Webster re: Application No. 2004-90388-WI-IJ Model electric current through the human from less-lethal electromuscular device and Abstract | | |
| 63. | Abstract: 'Electromuscular Incapacitating Devices' by Webster | | |
| 64. | Abstract: 'Electromuscular incapacitating device safety' by Sun, Wu, Abdallah and Webster | | |
| 65. | 2006 Abstract: 'Can Tasers directly cause VF' by Webster, Will, Sun, Wu, O'Rourke, Huebner and Rahko | | |
| 66. | 2007 Abstract: 'Taser dart-to-heart distance that causes VF in pigs' by Wu, Sun, O'Rourke, Huebner, Rahko, Will and Webster | | |
| 67. | Abstract: 'Ventricular Fibrillation time constant for swine' by Wu, Sun, O'Rourke, Will, Heubner and Webster | | |
| 68. | Abstract: 'Taser blunt dart-to-heart distance causing ventricular fibrillation in pig' by Wu, Sun, O'Rourke, Huebner, Rahko, Will and Webster | | |
| 69. | 2010 Abstract: 'Estimating the probability that the Taser directly causes human ventricular fibrillation' by Sun, Haemmerich, Rahko and Webster | | |
| 70. | 2007 Abstract: 'Estimating neuromuscular stimulation within the human torso with Taser stimulus' by Sun and Webster | | |
| 71. | 'Animal Studies' by Webster | | |

| | | | |
|---|---|---|---|
| 72. | January 2009 Abstract: 'Safety of pulsed electric devices' by Nimunkar and Webster | | |
| 73. | 2010 Abstract: 'Taser X26 current increases with dart depth by Nimunkar and Webster | | |
| 74. | 2009 Abstract: 'Ventricular fibrillation and blood chemistry after multiple Tasering' by Nimunkar, Wu, Sun, O'Rourke, Huebner, Will and Webster | | |
| 75. | Article: 'Estimating the probability that the Taser directly causes human ventricular fibrillation' by Sun, Haemmerich, Rahko and Webster, published Journal of Medical Engineering & Technology, 2010 | | |
| 76. | Abstract: 'Multi-Organ Effects of Conducted Electrical Weapons – A Review' by Biria, Phil, Kroll, Panescu, Lakkireddy, September 4, 2010 | | |
| 77. | Abstract: 'Ventricular Fibrillation Risk Estimation for Conducted Electrical Weapons: Critical Convolutions' by Kroll, Rahko and Panescu, September 3, 2011 | | |
| 78. | Rule 26 Expert Report of Kenneth Laughery | | |
| 79. | Warrant of Arrest-Misdemeanor issued to Daniel Russell on 11/5/2010 by Mattox | | |
| 80. | Hand-written notes authored by Patrick Gallagher (Deposition Exhibit 115) | | |
| 81. | Hand-written notes authored by Patrick Gallagher (Deposition Exhibit 116) | | |
| 82. | Hand-written notes authored by Patrick Gallagher (Deposition Exhibit 117) | | |
| 83. | NEJM Letter to Editor "Ventricular Fibrillation after Stun-Gun Discharge" by Paul Kim, MD and Wayne Franklin, MD, published September 1, 2005 | | |
| 84. | Journal of American College of Cardiology Article "Cardiac Electrophysiological Consequences of Neuromuscular Incapacitation Device Discharges" by Nanthakumar, et al., published 8/15/2006 | | |
| 85. | Journal of Trauma Injury, Infection and Critical Care, Article "Acute Effects of TASER X26 Discharges in Swine Model" by Dennis, et al., published September 2007` | | |
| 86. | Abstract "TASER X26 Discharges in Swine Produce Potentially Fatal Ventricular Arrhythmias" published January 2008 in Academic Emergency Medicine | | |

| | | | |
|---|---|---|---|
| 87. | Article "Cardiac Effects of Electrical Stun Guns" by Lakkireddy, et al, published April 2008 in PACE, Vol. 31 | | |
| 88. | CMAJ article "Cardiac Stimulation with high voltage discharge from stun guns" by Kanthakumar, et al., published May 20, 2008 | | |
| 89. | National Institute of Justice, Study of Deaths Following Electro Muscular Disruption: Interim Report published June 2008 | | |
| 90. | TASER List of Training Resources, Articles, Bulletins from TASER.com | | |
| 91. | Legal & Liability Risk Management Institute website printout, TASER The Target Zone, Policy & Training article by Jack Ryan, Esq, published November 2009 | | |
| 92. | AHA Statistical Fact Sheet-Miscellaneous "Sudden Death from Cardiac Arrest – Statistics" | | |
| 93. | Annals of Emergency Medicine December 1992: Brief Report "Incidence of Agonal Respirations in Sudden Cardiac Arrest" | | |
| 94. | CMAJ publication, article "Taser Safety" by Kroll | | |
| 95. | University of California School of Medicine, San Francisco, Article: Funding Source and author affiliation in TASER Research are strongly associated with a conclusion of device safety" by Azadani, 2/26/2011 | | |
| 96. | Rule 26 Expert Report of Geoffrey P. Alpert | | |
| 97. | Report: A Multi-Method Evaluation of Police Use of Force Outcomes: Final Report to the National Institute of Justice By Smith, Kaminski, Alpert, Fridell, MacDonald and Kubu | | |
| 98. | Article: "The impact of conducted energy devices and other types of force and resistance on officer and suspect injuries" Smith, Kaminski, Rojek, Alpert and Mathis published in PIJPSM 2007 | | |
| 99. | Police Quarterly: "Policy and Training Recommendations Related to Police Use of CEDs: Overview of Findings from Comprehensive National Study" by Alpert/Dunham 2010 | | |
| 100. | Article: "How Reasonable is the Reasonable Man?: Police and Excessive Force" by | | |

| | | | |
|---|---|---|---|
| | Alpert/Smith, Journal of Criminal Law and Criminology 1994 | | |
| 101. | Article: "State Created Danger: Should Police Officers be Accountable for Reckless Tactical Decision Making?" by Noble/Alpert | | |
| 102. | US DOJ, Office of Community Oriented Policing Services article: "Conducted Energy Devices: Development of Standards for Consistency and Guidance (The Creation of National CED Policy and Training Guidelines)" by Cronin/Ederheimer | | |
| 103. | US DOJ, Office of Community Oriented Policing Services article: "2011 Electronic Control Weapons Guidelines", A Joint Project of Police Executive Research Form and COPS | | |
| 104. | Webpage University of SC, College of Arts and Sciences, Dr. Alpert | | |
| 105. | Article: "The Effect of Less Lethal Weapons on Injuries in Police Use of Force Events" by MacDonald/Kaminski/Smith, published Dec 2009, Amer. Journal of Public Health | | |
| 106. | Abstract: "Non-fatal conductive energy device-related injuries treated in US emergency departments, 2005-2008" by Haileyesus/Annest/Mercy, published January 2011 advance online articles | | |
| 107. | TASER sheet: Ventricular Fibrillation - Detail | | |
| 108. | Article: "Crafting the Perfect Shock" by Mark Kroll, published Dec 2007 in IEEE Spectrum | | |
| 109. | "Science and Medicine of TASER Electronic Control Devices" by Mark Kroll | | |
| 110. | "Restoring Public Confidence: Restricting the Use of Conducted Energy Weapons in British Columbia" by Braidwood Commission June 2009 | | |
| 111. | Part 9, Medical Risks (Braidwood Commission) | | |
| 112. | Part 10, Recommendations (Braidwood Commission) | | |
| 113. | Rule 26 Grief and Mourning Status Evaluation or Anita, Andrew and Rhett Russell by Mila Tecala dated Sunday June 3, 2012 | | |
| 114. | Rule 26 Grief and Mourning Status Evaluation Anita, Andrew and Rhett Russell by Mila Tecala dated Sunday June 3, 2012 & July 12 | | |

| | | | |
|---|---|---|---|
| 115. | Rule 26 Addendum Report on Anita Russell by Mila Tecala, dated July 8, 2012 | | |
| 116. | Text: "TASER Conducted Electrical Weapons: Physiology, Pathology, and Law", Appendix B, Electrocution Diagnosis Checklist" by Mark Kroll and Jeffrey Ho | | |
| 117. | Article: "Taser Use in Restraint-Related Deaths" by Strote and Hudson published Oct/Dec 2006, Prehospital Emergency Care | | |
| 118. | PowerPoint presentation by Panescu "Estimation of TASER current flow and effects on Human Body" | | |
| 119. | Article: "Ventricular Fibrillation Risk Estimation for Conducted Electrical Weapons: Critical Convolutions" by Kroll | | |
| 120. | TASER International Website: TASER.com, all information contained therein | | |
| 121. | Rule 26 Expert Report of Cindy Scott, R.N. | | |
| 122. | Rule 26 Expert Report of Chad L. Staller, J.D., M.B.A., M.A.C. | | |
| 123. | Any document referenced in Defendant TASER's Preliminary Disclosures and all supplements thereto | | |
| 124. | Schedule of Costs of medical care for Daniel Russell 10/1/2010 – June 1, 2011 and supporting documentation (provided in discovery 7/12/2012) | | |
| 125. | Various family photographs provided in discovery May 30, 2012 and July 11, 2012 | | |
| 126. | Income Tax Returns 2006 – 2011 | | |
| 127. | Daniel H. Russell resume, undated | | |
| 128. | Calendars of Anita Russell, provided in discovery May 30, 2012 | | |
| 129. | Notes and cards from Daniel Russell to Anita Russell, provided in discovery May 30, 2012 | | |
| 130. | Marriage Certificate of Anita Maupin and Daniel Russell June 3, 2000 | | |
| 131. | Birth Certificates of Daniel (Shuh) Russell, Anita Maupin, Andrew Russell and Rhett Russell | | |
| 132. | Hill and Wood Invoice for funeral of Daniel Russell | | |
| 133. | Mastec Employment Application prepared by Daniel Russell | | |

| | | | |
|---|---|---|---|
| 134. | Medicaid Lien Letter dated August 27, 2012 | | |
| 135. | Any and all medical records of Daniel Russell produced in discovery | | |
| 136. | Social Security Administration letter dated July 22, 2011 to Anita Russell | | |
| 137. | Any document identified by Defendants | | |
| 138. | Any document necessary for rebuttal | | |
| 139. | Any documents/things produced in discovery | | |
| 140. | Rule 26 Expert Report of Douglas Zipes | | |
| 141. | Article: Taser Induces Rapid Ventricular Myocardial Capture Demonstrated by Pacemaker Intracardiac Electrograms" | | |

Respectfully submitted,

/s/ Peter A. Miller
Peter A. Miller, Esq. (VBN 47822)
THE MILLER FIRM LLC
108 Railroad Avenue
Orange VA 22960
Telephone (540) 672-4224
Facsimile: (540) 672-3055
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that electronic notice and service will be completed through the ECF system to the following counsel of record:

Jeremy E. Carroll, Esq. (jcarroll@gfdg.com)
Glenn, Feldmann, Darby & Goodlatte
PO Box 2887
Roanoke VA 24001
Counsel for Defendant TASER

Isaiah Fields, Esq. (Isaiah@TASER.com)
Pamela B. Petersen, Esq. (ppetersen@TASER.com)
TASER International, Inc.
17800 N. 85th Street
Scottsdale AZ 85255
Counsel for Defendant TASER

/s/ Peter A. Miller
Peter A. Miller, Esq. (VSB 47822)