IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANITA RUSSELL, Personal Representative for the Estate of Daniel Russell, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Civil Action No.  3:11-cv-00075-GEC |
| v. | )<br>) |
| DENNEY WRIGHT, et al., | )<br>) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF AGREED ORDER**
**OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff Anita Russell, Personal Representative for the Estate of Daniel Russell, and Defendant TASER International, Inc., the only parties remaining in this litigation, through counsel, in accordance with Fed. R. Civ. P. 41(a)(2), and now jointly move this Court for entry of the attached Agreed Order of Voluntary Dismissal with Prejudice.

Dated: June 10, 2013

Respectfully Submitted,

ANITA RUSSELL, PERSONAL
REPRESENTATIVE FOR THE ESTATE
OF DANIEL RUSSELL
By Counsel:

/s/ Peter A. Miller
Peter A. Miller, Esq. (VSB # 47822)
THE MILLER FIRM LLC
108 Railroad Avenue
Orange VA 22960
Telephone (540) 672-4224
Facsimile: (540) 672-3055

Attorney for Plaintiff

1

TASER INTERNATIONAL, INC.:
By Counsel:


/s/ Jeremy E. Carroll
Jeremy E. Carroll (VSB # 41331)
GLENN FELDMANN DARBY &
GOODLATTE
P.O. Box 2887
Roanoke, VA 24001
jcarroll@gfdg.com

Isaiah Fields, Esq.
Pamela B. Petersen, Esq.
TASER International, Inc.
17800 N. 85th Street
Scottsdale AZ 85255
isaiah@taser.com
ppetersen@taser.com

Attorneys for TASER International, Inc.