IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| ANITA RUSSELL, Personal | ) | |
| Representative for the Estate | ) | |
| of Daniel Russell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  3:11-cv-00075-GEC |
| v. | ) | |
| | ) | |
| DENNEY WRIGHT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

CAME THIS DAY Plaintiff Anita Russell, Personal Representative for the Estate of Daniel Russell, and Defendant TASER International, Inc., the only parties remaining in this litigation, upon their joint motion for the entry of an Agreed Order of Voluntary Dismissal with Prejudice.

For good cause shown, it is hereby **ADJUDGED, ORDERED** and **DECREED** that this case, and all claims and counterclaims that were brought or could have been brought in this case, are dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

The Clerk is directed to send a copy of this Order to all counsel of record and to strike this matter from the active docket of this Court.

Entered this __ day of _____, 2013.

_____
The Honorable Glen E. Conrad
Chief United States District Judge

WE ASK FOR THIS:

/s/ Peter A. Miller
Peter A. Miller, Esq. (VSB # 47822)
THE MILLER FIRM LLC
108 Railroad Avenue
Orange VA 22960
Telephone (540) 672-4224
Facsimile: (540) 672-3055

Attorney for Plaintiff


WE ASK FOR THIS:

/s/ Jeremy E. Carroll
Jeremy E. Carroll (VSB # 41331)
GLENN FELDMANN DARBY & GOODLATTE
P.O. Box 2887
Roanoke, VA 24001
jcarroll@gfdg.com

Isaiah Fields, Esq.
Pamela B. Petersen, Esq.
TASER International, Inc.
17800 N. 85th Street
Scottsdale AZ 85255
isaiah@taser.com
ppetersen@taser.com

Attorneys for TASER International, Inc.