UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANITA RUSSELL, Personal Representative for the Estate of Daniel Russell, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 3:11-cv-00075-GEC ) ) **NOTICE OF APPEAL** |
| v. | ) ) ) |
| DENNEY WRIGHT, et al., Defendants. | ) ) ) ) |

## NOTICE OF APPEAL

Plaintiff, Anita Russell as personal representative to the Estate of Daniel Russell, hereby appeals to the United States Court of Appeals for the Fourth Circuit from:

1. The Order on 1/4/13 dismissing all claims against Defendant Denny Wright.

Dated: 7/9/2013

Respectfully submitted,

By: /s/ Peter A. Miller
Peter A. Miller, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
E-mail: Pmiller@Millerfirmllc.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on July 9, 2013 electronically filed the foregoing Plaintiff's Notice of Appeal with the Clerk of the Court and all counsel of record using the CM/ECF system

*/s/* Peter A. Miller