FILED: November 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1865
(3:11-cv-00075-GEC-BWC)
_____

ANITA RUSSELL, Personal Representative for the Estate of Daniel Russell

    Plaintiff - Appellant

v.

DENNEY WRIGHT

    Defendant - Appellee

and

APPOMATTOX COUNTY; COMMONWEALTH OF VIRGINIA; TASER INTERNATIONAL, INC.

    Defendants

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk