FILED: November 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1865
(3:11-cv-00075-GEC-BWC)
_____

ANITA RUSSELL, Personal Representative for the Estate of Daniel Russell

    Plaintiff - Appellant

v.

DENNEY WRIGHT

    Defendant - Appellee

 and

APPOMATTOX COUNTY; COMMONWEALTH OF VIRGINIA; TASER INTERNATIONAL, INC.

    Defendants

_____

RULE 42(b) MANDATE
_____

    This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk